## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KAREN STRUM,

        Plaintiff,                            Civil Action No.:  04-1014

       v.

PNC HIGHMARK BLUE CROSS
BLUE SHIELD KEYSTONE
HEALTH PLAN,

        Defendant.

### ORDER OF COURT

AND NOW, this _12th_ day of _Dec_____, 2005, it is hereby ORDERED that, upon the

Stipulation of the parties, all claims of Plaintiff, are dismissed with prejudice to the Plaintiff,

each party to bear its own costs and fees as to such claims, and that this Court retains jurisdiction

of this matter for purposes of interpreting and enforcing any settlement agreement between the

parties. _This case is Closed forthwith._

                                 _Loretta K. Andruse_
                                UNITED STATES DISTRICT JUDGE